| | | |
|---|---|---|
| | * | IN THE |
| ATTORNEY GRIEVANCE COMMISSION | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG Docket No.1 |
| ASHER NEWTON WEINBERG | * | September Term, 2022 |
| | * | |

### O R D E R

After he was indefinitely suspended from the practice of law, Asher N. Weinberg filed his first motion to modify his suspension. That motion was denied. Mr. Weinberg then filed a second motion to modify his suspension. Upon consideration of Mr. Weinberg's second motion to modify his suspension, it is this 21st day of February 2024, by the Supreme Court of Maryland, a majority of the Court concurring,

ORDERED that the second motion for modification of suspension is granted in part; and it is further

ORDERED that, pursuant to Rules 19-740(c)(2)(B) and 19-741(h), and accounting from the date of this Order, Mr. Weinberg's suspension from the practice of law is stayed in favor of six months' probation subject to the condition that he comply with the Maryland Attorneys' Rules of Professional Conduct.



  /s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk